## EDWARD WILSON, CONSERVATOR,
### v.
## MAGDALENA SCOVEL ET AL.

*Promissory Note—Bill by Conservator to Restrain Collection of—Mental
Incapacity.*

Upon a bill filed by the conservator of the payee of a promissory note to
restrain the collection of a judgment thereon in favor of the assignee, on the
ground that the assignment was void because of the mental incapacity of
the assignor, this court affirms the decree of the court below dismissing the
bill.

[Opinion filed May 25, 1888.]

IN ERROR to the Circuit Court of Fulton County; the Hon.
JOHN C. BAGBY, Judge, presiding.

Messrs. D. ABBOTT and H. W. MASTERS, for appellant.

Messrs. BARRERE & GRANT, for appellee.

WALL, J. This was a bill in chancery by appellant as con-
servator of Sarah Littlejohn to restrain the collection of a

judgment obtained by appellee Scovel against appellee John Littlejohn, upon a promissory note payable to said Sarah Littlejohn, which note appellee Scovel claimed had been assigned to her.

The chief question was whether at the time of the alleged assigment the payee of the note was in such a mental condition as to be able in law to dispose of the note. Collateral questions were as to the consideration involved and as to the *bona fides* of the transaction so far as the assignee was concerned. The Circuit Court, upon a hearing, dismissed the bill and rendered judgment for costs accordingly.

After carefully considering the evidence as it is preserved in the record we find no sufficient reason to disagree with the conclusion so reached, and the decree will, therefore, be affirmed.

*Decree affirmed.*